IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KA'ANOI,<br><br>    Plaintiff, | No. Civ. S-06-2730 JKS EFB PS |
| DEFENSE REUTILIZATION MARKETING SERVICE LIABILITY AGENCY,<br>    Defendant.   / | |
| EDWARD KA'ANOI,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT T. DAIL, DRMS-Director LIEUTENANT GENERAL, et al.,<br>    Defendants.   / | No. Civ. S-07-2722 GEB JFM PS<br><br><br>RELATED CASE ORDER |

The court has received the Notice of Related Cases concerning the above-captioned cases, the first of which was closed on January 15, 2008, by the district judge's order adopting the magistrate judge's findings and recommendations. That order informed plaintiff that he could refile his claims in district court after exhausting administrative procedures by presenting them to the Defense Reutilization Marketing Service Liability Agency ("DRMS"). *See* January

1

1  15, 2008, Order. Examination of Civ. S-06-2730 JKS EFB PS, *Ka'anoi v. Kerr* and Civ. S-07-
2  2722 GEB JFM PS, *Ka'anoi v. Dail*, reveals that these two cases are related within the meaning
3  of Local Rule 83-123(a). The actions involve the same parties and are based on the same or
4  similar claims.

5      The parties should be aware that relating the cases under Local Rule 83-123 merely
6  results in the actions being assigned to the same judge and magistrate judge; no consolidation of
7  the actions is effected. Under the regular practice of this court, related cases are generally
8  assigned to the judge and magistrate judge to whom the first filed action was assigned.

9      IT IS THEREFORE ORDERED that the action denominated Civ. S-07-2722 GEB JFM
10 PS, *Ka'anoi v. Dail*, be, and the same hereby is, reassigned to Judge James K. Singleton and
11 Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth, the caption on
12 documents filed in the reassigned case shall be shown as No. Civ. S-07-2722 JKS EFB PS.

13     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
14 the assignment of civil cases to compensate for this reassignment.

15     IT IS SO ORDERED.
16 DATED: March 24, 2008.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE